# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HECTOR ROSA,

    Plaintiff,

v.                                                    Case No. 6:23-cv-139-RBD-RMN

SRG OCOEE, LLC,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, Plaintiff filed a motion for entry of final default judgment. (Doc. 17 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway recommends granting Plaintiff's Motion, entering default judgment against Defendant, and awarding Plaintiff damages. (Doc. 18 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 18) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 17) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter default judgment in favor of

Plaintiff Hector Rosa and against Defendant SRG Ocoee, LLC.

4. Plaintiff is **AWARDED:**

   a. $4,039.20 in damages: $2,019.60 in actual damages for Plaintiff's unpaid overtime compensation and $2,019.60 in liquidated damages.

   b. $3,984.00 in attorney's fees, $442.00 in costs, and post-judgment interest.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 11, 2023.

ROY B. DALTON JR.
United States District Judge